UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RONALD STEVENS LIBERATORE,

Plaintiff,

v.

COMPUTER TOWN TARANTULAS-TRAN MEN.,

Defendant.

Case No. 26-cv-03782-WHO (PR)

**ORDER OF TRANSFER**

Plaintiff Ronald Stevens Liberatore states that his claims arise from violations that occurred in El Cajon, California, which lies in the Southern District of California. (Compl., Dkt. No. 1 at 1.)  Accordingly, this federal civil rights action is TRANSFERRED to the Southern District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there.  *See* 28 U.S.C. §§ 84(d), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  May 6, 2026

WILLIAM H. ORRICK
United States District Judge